# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA WILLIAMS and FRED WILLIAMS, on behalf of themselves and all others similarly situated<br><br>v.<br><br>GENERAL MOTORS CORPORATION | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>C07-03806 PJH<br><br>E-filing |

TO: (Name and address of defendant)

General Motors Corporation, 300 Renaissance Center, MC 482-C14-C66, Detroit, MI 48265-3000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reginald Terrell, The Terrell Law Group, 223 25th Street, Richmond, CA
Donald Amamgbo, 7901 Oakport, Street, Suite 4900, Oakland, CA

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 25 2007

**KELLY COLLINS**
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:


☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐  Returned unexecuted:


☐  Other (specify):


**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                            Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure