**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 3, 2007

United States District Court
c/o Sarah Schoenherr, Data Quality Analyst
Eastern District of Michigan
231 W. Lafayette Boulevard
Detroit, MI 48226

RE: CV 07-03806 PJH  SANDRA WILLIAMS-v-GENERAL MOTORS CORPORATION

Dear Clerk,

　　Pursuant to an order transferring the above captioned case to your court, transmitted via e-mail (Sarah_Schoenherr@mied.uscourts.gov) are the docket sheet and all documents related to this case.

　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　*Felicia Reloba*

　　　　　　　　　　　　　　　　by:  Felicia Reloba
　　　　　　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record